**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 20-1947**

In re:  TOMMY ADAMS, JR.,

                    Petitioner.

On Petition for Writ of Mandamus.  (4:18-cr-00520-RBH-1)

Submitted:  December 21, 2020                    Decided:  February 2, 2021

Before NIEMEYER, DIAZ, and RUSHING, Circuit Judges.

Petition denied by unpublished per curiam opinion.

Tommy Adams, Jr., Petitioner Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Tommy Adams, Jr., petitions for a writ of mandamus directing the district court to rule on his motion for summary judgment relating to his motion for compassionate release. Our review of the district court's docket reveals that the district court denied Adams' motion on September 8, 2020. Accordingly, we deny the mandamus petition as moot. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*PETITION DENIED*